UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| HEIDI K ERICKSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:25-cv-04136-SLD-RLH |
| MICHAEL INMAN, *et al*, | ) |
| Defendants. | ) |

ORDER

Before the Court is Plaintiff Heidi Erickson's motion for waiver of Public Access to Court Electronic Records ("PACER") fees, ECF No. 13.

The Judicial Conference of the United States has established an Electronic Public Access Fee Schedule setting fees for PACER. *See Electronic Public Access Fee Schedule*, United States Courts (effective Jan. 1, 2010), https://www.uscourts.gov/court-programs/fees/electronic-public-access-fee-schedule. "Courts may exempt certain persons . . . from payment of the user access fee." *Id.* The enumerated list of individuals a court may consider exempting includes "indigents." *Id.* Those seeking an exemption must "demonstrate[] that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information." *Id.* Any exemptions must be for a definite period of time and be limited in scope. *Id.* The recipient of the exemption must not sell or otherwise transfer the information unless expressly authorized by the court to do so. *Id.*

Erickson's motion states that to litigate her case before this Court, she requires access to pleadings that can only be downloaded from PACER with a fee. Mot. Waiver PACER Fees 1. It further states that she cannot pay the required fees for such documents "without depriving herself of the necessities of living." *Id.* This claim is supported by her motion to proceed *in forma*

1

*pauperis*, which shows that Erickson receives public benefits. *See* Mot. Proceed *In Forma Pauperis* 2, ECF No. 5. Erickson also states regularly in filings that she is "homeless." *See, e.g.*, First Am. Compl. 4, Mot. Leave File First Am. Compl. Ex. 1, ECF No. 15-1.

    The Court finds that Erickson has demonstrated, based on her indigency, that an exemption is necessary to avoid an unreasonable burden and to promote public access to information. Accordingly, the Court GRANTS Erickson's motion. She shall be exempt, for the purpose of assisting her litigation before this Court, from the payment of fees for access via PACER to the electronic case files maintained in this Court. She shall not be exempt from the payment of fees incurred in connection with other purposes. The following limitations apply to the exemption: (1) the fee exemption applies only to the electronic case files of this court that are available through the PACER system; (2) by accepting this exemption, Erickson agrees not to sell for profit any data obtained as a result of receiving this exemption; (3) Erickson is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases; (4) this exemption is valid through March 31, 2026. This exemption may be revoked at the discretion of the Court at any time. The Clerk is directed to send a copy of this Order to the PACER Service Center.

    Entered this 27th day of January, 2026.

                                                   s/ Sara Darrow
                                                 SARA DARROW
                                                 CHIEF UNITED STATES DISTRICT JUDGE