E-FILED
Thursday, 02 April, 2026  01:02:56 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| HEIDI ERICKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-04136-SLD-RLH |
| | ) | |
| MCDONOUGH COUNTY, CITY OF | ) | |
| MACOMB, V. COVINGTON, LLC d/b/a | ) | |
| LAKE BEHAVIORAL HOSPITAL, V. | ) | |
| COVINGTON REALTY, LLC d/b/a LAKE | ) | |
| BEHAVIORAL HOSPITAL, JEFF | ) | |
| HAMER, BRYCE HERRICK, MIRANDA | ) | |
| LAMBERT, BILLIE MCMILLEN, LISA | ) | |
| SCALF, ZACH WELCH, WENDY | ) | |
| HUGHES, JOE ROSSMILLER, MEGAN | ) | |
| CLEMENS, MICHAEL INMAN, SCOTT | ) | |
| COKER, and JOHN/JANE DOE | ) | |
| OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

INJUNCTION

Plaintiff Heidi Erickson has demonstrated a likelihood of success on the merits of her claim that Defendant McDonough County failed to provide her with notice that her property was seized from her home at 13 Hickory Grove Macomb, Illinois 61455 on May 2, 2025 sufficient to allow her to pursue remedial procedures to obtain its return. Erickson has also demonstrated a likelihood of irreparable harm to herself and her seized animals absent preliminary relief; she has demonstrated that she and her animals are suffering, and, absent the appropriate notice, Erickson has not had an adequate opportunity to seek her animals' return. The balance of harms favors Erickson. Merely providing notice will not harm the County.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that:

1

1.  McDonough County must provide a notice to Erickson that identifies the animals and any other property seized from her home at 13 Hickory Grove Macomb, Illinois 61455 on May 2, 2025.  Such notice shall also identify under what procedures Erickson may seek the return of her animals.

2.  Such notice must be provided to Erickson by email and mail no later than April 16, 2026.

Entered this 2nd day of April, 2026.

s/ Sara Darrow

SARA DARROW
UNITED STATES DISTRICT JUDGE