E-FILED
Friday, 15 May, 2026  11:26:30 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

Case No. 25-cv-4136
Chief Judge Sara Darrow Presiding

HEIDI ERICKSON, *Plaintiff*

v.

MICHAEL INMAN, Et. Al., *Defendants*

### NOTICE OF APPEAL

Now Comes Plaintiff Heidi K. Erickson, *pro se,* filing her Notice of Appeal from the Orders issued on her Verified Emergency Motion For TRO, Writ of Replevin, and Preliminary Injunction issued 4/2/26, by Her Honor Judge Sara Darrow at Dkt #77, (attached) therefore this Notice is timely and accordingly served upon all parties of record today 4/30/26.

Notice is hereby given to the Clerk of the United States District Court for the Central District of Illinois, at Rock Island, IL this day pursuant to the legal authority in 28 USC Section 1292(a)(1) to Assemble this appeal forthwith and send to the 7th Circuit Court of Appeals.

Also to be filed herewith is the Plaintiff's Emergency Motion for Emergency Orders (Immediate Injunction) pending appeal consistent with F.R.C.P. Rule 60(b) Due in Part with the Court's inability to reasonably provide accommodations to the Plaintiff's severe communications disabilities and those requirements of the Judicial Conference, motions requesting reasonable accommodations and the Court's failures to conduct a hearing or issuance of questions to clarify that in fact the Defendants were served and received actual notice as attested to with the supportive document issued and docketed in direct response to the Court's allegations on service See Response to Text Orders December 23, 2025 and the Plaintiff's immediate Response filed December 24th, 2025 dockets ___ and ___ respectfully. The later pleading at page ___ recites the United States Code on attestations of Servicing Documents.

Plaintiff reserves the right to amend her notice of appeal with another on the date the Court issues its order on the FRCP Rule 52(d) Motion.

Respectfully submitted: *Heidi K. Erickson*, April 30th, 2026   s/Heidi K.Erickson By signature hereinabove I attest to the facts herein as true under the pains and penalties of perjury.

CERTIFICATE OF SERVICE

I Heidi K. Erickson the author of the above motion verifies that the information hereinabove is true and that I have caused to email this motion to proselitigants_efc,cm@ILCD.usCourts,gov email for the CDIL and to all the attorneys of record: Lance Neyland lneyland@ifmklaw.com, Bhairav Radia bradia@ifmklaw.com Housin Kim akim@ifmklaw.com; John Heil jheil@heylroyster.com, Frank Ierulli, fierulli@heylroyster.com; and Caroline A. Kernan, ckerman@sbh-law.com.

MOTION FOR EXTENSION OF TIME TO FILE FRCP R52(d) ALTERATION, AMENDMENT          13